916

No. 79–1006.  FIRST MULTIFUND FOR DAILY INCOME, INC. *v.* UNITED STATES.  Ct. Cl.  Certiorari denied.

No. 79–1055.  FEDERAL ENERGY REGULATORY COMMISSION *v.* UNITED GAS PIPE LINE Co.  C. A. 5th Cir.  Certiorari denied.

No. 79–1058.  CHAMPION SPARK PLUG Co. *v.* GYROMAT CORP.  C. A. 2d Cir.  Certiorari denied.

No. 79–1071.  ARKANSAS LOUISIANA GAS Co. *v.* LUSTER ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 79–1072.  FLORES *v.* CABOT CORP. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 79–1075.  GUYTON, A MINOR BY SHEPHERD, ADMINIS-TRATRIX *v.* JENSEN ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 79–1076.  TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST ET AL. *v.* PILATTI.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 79–1077.  GALICH *v.* CATHOLIC BISHOP OF CHICAGO.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 79–1079.  ROHRER *v.* MISSOURI.  Ct. App. Mo., Southern Dist.  Certiorari denied.

No. 79–1085.  LUMPKIN *v.* CITY OF LITTLE ROCK.  C. A. 8th Cir.  Certiorari denied.

No. 79–1087.  LEEWARD PETROLEUM, LTD. *v.* MENE GRANDE OIL Co. ET AL.  C. A. 3d Cir.  Certiorari denied.